DAVID R. FISCHER, ESQ.
Nevada Bar No. 10348
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 547-3944
Facsimile: (702) 974-1458
Email: admin@fischerlawlv.com
*Attorney for Defendant PAUL JOLLEY*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PAUL JOLLEY,<br><br>    Defendant. | Case No. 2:14-cr-117-JCM-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>(First Request) |

  IT IS HEREBY STIPULATED AND AGREED by and between Susan Cushman, Assistant United States Attorney, counsel for the United States of America, and David R. Fischer, counsel for the Defendant, Paul Jolley, that the sentencing hearing currently scheduled for Friday, June 12, 2015 at the hour of 10:00 a.m., be vacated and set to a date and time convenient to this Court but no earlier than thirty (30) days.

  This Stipulation is entered into for the following reasons:

  1. Defense counsel requires additional time to gather evidence for sentencing.

  2. The Defendant is incarcerated and agrees to the continuance of this matter.

  3. With respect to sentencing, this is the first stipulation to continue filed herein.

  DATED this 5th day of June, 2015.

| | |
|---|---|
| UNITED STATES OF AMERICA | LAW OFFICE OF DAVID R. FISCHER |
| By: __/s/ Susan Cushman_____<br>SUSAN CUSHMAN, ESQ.,<br>Assistant United States Attorney | By: __/s/ David R Fischer_____<br>DAVID R. FISCHER, ESQ.,<br>Attorney for Defendant PAUL JOLLEY |

DAVID R. FISCHER, ESQ.
Nevada Bar No. 10348
400 South 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 547-3944
Facsimile: (702) 974-1458
Email: admin@fischerlawlv.com
*Attorney for Defendant PAUL JOLLEY*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>PAUL JOLLEY,<br><br>              Defendant. | Case No. 2:14-cr-117-JCM-GWF<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

    Based on the pending Stipulation of counsel, and good cause appearing,

    IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for Friday, June 12, 2015 at the hour of 10:00 a.m., is vacated and continued to the <u>16th</u> day of <u>July</u>, 201<u>5</u>, at the hour of <u>10:30</u> <u>a</u>.m.

    SO ORDERED June 8, 2015.

                                                      BY THE COURT

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE